**Order entered January 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01182-CV

## VICTOR HERNANDEZ, ET AL., Appellants

## V.

## AMERICAN HOMES 4 RENT PROP TWO,
## A DELAWARE LTD LIABILITY CO., Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-01640-B**

## ORDER

Before the Court is appellants' unopposed third motion for an extension of time to file a brief. Appellants state in their motion that the parties have reached a settlement. Appellants state that they "need a few additional days to obtain the signatures of all interested parties." They seek a thirty-day extension to "file the motion to dismiss the appeal or otherwise file Appellants' brief." We **GRANT** the motion. Appellants shall file either a motion to dismiss or their brief by **JANUARY 28, 2015**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE